UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:09-CV-646

HOWARD L. KASTEL TRUSTEE
of the HOWARD L. KASTEL
TRUST DATED NOVEMBER 13, 1985 and
JOAN H. KASTEL,

    Plaintiffs,

v.

NUVEEN INVESTMENTS, INC, ROBERT P.
BREMNER, MESIROW FINANCIAL INC.,
DUETSCHE BANK AG, MERRILL LYNCH &
CO., INC. and CITIGROUP GLOBAL MARKETS,

    Defendants.

**ORDER ON MOTION TO STAY PROCEEDINGS PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RULING ON TRANSFER TO MDL 2030 AS A TAG-ALONG ACTION**

**THIS MATTER** having come before the Court on Defendant Merrill Lynch and Co., Inc.'s motion for an order staying all of the proceedings in this case pending the Judicial Panel on Multidistrict Litigation's ruling on the transfer of this matter to MDL 2030 as a tag-along action. Good cause having been shown, the motion is hereby **GRANTED**, and it is hereby **ORDERED** that all proceedings in this case are stayed pending the Judicial Panel on Multidistrict Litigation's ruling on the transfer of this case to MDL 2030 as a tag-along action.

This the 28th day of May, 2009.

_____
United States Magistrate Judge