UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Civil Action No. 09-CV-646

HOWARD L. KASTEL, trustee of the
HOWARD L. KASTEL TRUST DATED
NOVEMBER 13, 1985 and JOAN H. KASTEL,

    Plaintiffs,

    v.

NUVEEN INVESTMENTS, INC., et al.

    Defendant.

## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT BY DEFENDANT CITIGROUP GLOBAL MARKETS, INC.

Defendant Citigroup Global Markets, Inc. ("Defendant") respectfully moves this Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and Rules 7.1 and 7.2 of the Local Rules of this Court for an order dismissing Plaintiffs' First Amended Complaint against it for failure to state a claim upon which relief can be granted. Defendant relies on its supporting brief filed contemporaneously herewith and the pleadings filed in this action to support this motion.

**WHEREFORE,** Defendant respectfully requests that the Court enter an order

dismissing Plaintiffs' First Amended Complaint with prejudice.

Dated: June 18, 2010

>Respectfully submitted,
>
>By: /s/ Dana C. Lumsden
>Dana C. Lumsden, Esq. [N.C. Bar No. 32497]
>dlumsden@hunton.com
>**HUNTON & WILLIAMS LLP**
>Bank of America Plaza
>101 South Tryon Street, Suite 3500
>Charlotte, North Carolina 28280
>(704) 378-4700
>(704) 378-4890 ~ Fax
>
>Carl Burkhalter, Esq.
>CBurkhalter@maynardcooper.com
>**MAYNARD COOPER & GALE PC**
>1901 Sixth Avenue North
>2400 Regions/Harbert Plaza
>Birmingham, Alabama 35203
>(205) 254-1000
>(205) 254-1999 ~ Fax
>
>ATTORNEYS for DEFENDANT
>CITIGROUP GLOBAL MARKETS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2010, I caused a true and correct copy of this **MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT BY DEFENDANT CITIGROUP GLOBAL MARKETS, INC.** to be electronically filed with the clerk of the court for the United States District Court for the Middle District of North Carolina and served on the following counsel for the parties to this lawsuit using the CM/ECF System:

| | |
|---|---|
| Howard L. Kastel, Esq.<br>10393 Holt<br>Chapel Hill, North Carolina 27517 | Jack M. Knight, Esq.<br>WINSTON & STRAWN LLP<br>214 North Tryon Street<br>Charlotte, North Carolina 28202-1078 |
| Alan M. Ruley, Esq.<br>BELL, DAVIS & PITT, P.A.<br>Century Plaza, Suite 600<br>100 North Cherry Street<br>Winston-Salem, North Carolina 27120-1029 | Ronald R. Davis, Esq.<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, PLLC<br>One West Fourth Street<br>Winston-Salem, North Carolina 27101 |

/s/ Dana C. Lumsden.
Dana C. Lumsden, Esq.