UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:09-CV-646

| | |
|---|---|
| HOWARD L. KASTEL TRUSTEE of the HOWARD L. KASTEL TRUST DATED NOVEMBER 13, 1985 and JOAN H. KASTEL,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>NUVEEN INVESTMENTS, INC, ROBERT P. BREMNER, MESIROW FINANCIAL INC., DUETSCHE BANK AG, MERRILL LYNCH & CO., INC. and CITIGROUP GLOBAL MARKETS,<br><br>　　Defendants. | DEFENDANT MERRILL LYNCH & CO., INC.'S MOTION TO LIFT THE STAY OF ALL PROCEEDINGS PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RULING ON THE TRANSFER OF THIS CASE TO MDL 2030 <u>AS A TAG-ALONG ACTION</u> |

Defendants Merrill Lynch and Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively, "**Merrill Lynch**"), by its undersigned counsel, respectfully moves pursuant to Rule 7.3 of the Local Rules of this Court for an order lifting the stay of all of the proceedings in this case pending the Judicial Panel on Multidistrict Litigation's ruling on the transfer of this matter to MDL 2030. A proposed order is attached as Exhibit "**A**" hereto.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: _/s/ *Dana C. Lumsden*_____

| | |
|---|---|
| Carl Burkhalter, Esq. | Dana C. Lumsden, Esq. [N.C. Bar No. 32497] |
| CBurkhalter@maynardcooper.com | dlumsden@hunton.com |
| **MAYNARD COOPER & GALE P.C.** | **HUNTON & WILLIAMS LLP** |
| 1901 6th Ave. North, Suite 2400 | Bank of America Plaza |
| Birmingham, Alabama 35203 | 101 South Tryon Street, Suite 3500 |
| (205) 254-1000 | Charlotte, NC 28280 |
| (205) 254-1999 ~ Fax | (704) 378-4700 - (704) 378-4890 ~ Fax |
| | |
| | ATTORNEYS for DEFENDANTS MERRILL LYNCH & CO. INC. and CITIGROUP GLOBAL MARKETS |

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2010, I caused a true and correct copy of the **MERRILL LYNCH & CO., INC.'S MOTION TO LIFT THE STAY ALL PROCEEDINGS PENDING TAG-ALONG DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**, to be electronically filed with the clerk of the court for the United States District Court for the Middle District of North Carolina and served on all of the parties to this litigation using the CM/ECF System:

                                                  /s/ Dana C. Lumsden
                                                  Dana C. Lumsden, Esq.