UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:09-CV-646

HOWARD L. KASTEL TRUSTEE
of the HOWARD L. KASTEL
TRUST DATED NOVEMBER 13, 1985 and
JOAN H. KASTEL,

    Plaintiffs,

    v.

NUVEEN INVESTMENTS, INC, ROBERT P.
BREMNER, MESIROW FINANCIAL INC.,
DUETSCHE BANK AG, MERRILL LYNCH &
CO., INC. and CITIGROUP GLOBAL
MARKETS,

    Defendants.

**MERRILL LYNCH'S MEMORANDUM OF LAW IN SUPPORT
OF ITS MOTION TO LIFT THE STAY OF ALL PROCEEDINGS PENDING
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RULING ON
THE TRANSFER OF THIS CASE TO MDL 2030 AS A TAG-ALONG ACTION**

    Merrill Lynch and Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively, "**Merrill Lynch**"), through its undersigned counsel, hereby respectfully requests that the Court lift the stay of all proceedings in this action pending transfer of this action by the Judicial Panel on Multidistrict Litigation ("JPML") to the United States District Court for the Southern District of New York for consolidated proceedings in MDL 2030, *In re Merrill Lynch &Co., Inc. - Auction Rate Securities (ARS) Marketing Litigation*. In support of this motion, Merrill Lynch submits the following information to the Court:

1. On November 9, 2009, CitiGroup Global Markets, Inc. and Merrill Lynch & Co., Inc. filed their Motion To Stay All Proceedings Pending The Judicial Panel On Multidistrict Litigation's Ruling On The Transfer Of This Case To MDL 2030 As A Tag-Along Action. (DE# 13).

2. On November 13, 2009, the JPML ruled that this lawsuit is not eligible for consolidation with MDL 2030 as a tag-along action. (*See* Judicial Panel On Multidistrict Litigation - Civil Action Report, attached as Exhibit "**1**" hereto).

**WHEREFORE,** Merrill Lynch respectfully requests that the Court lift the stay of these proceedings.

Respectfully submitted,

By: /s/ *Dana C. Lumsden*

| | |
|---|---|
| Carl Burkhalter, Esq. | Dana C. Lumsden, Esq. [N.C. Bar No. 32497] |
| CBurkhalter@maynardcooper.com | dlumsden@hunton.com |
| **MAYNARD COOPER & GALE PC** | **HUNTON & WILLIAMS LLP** |
| 1901 6th Avenue North, Suite 2400 | Bank of America Plaza |
| | 101 South Tryon Street, Suite 3500 |
| Birmingham, Alabama 35203 | Charlotte, NC 28280 |
| (205) 254-1000 | (704) 378-4700 |
| (205) 254-1999 ~ Fax | (704) 378-4890 ~ Fax |

ATTORNEYS for DEFENDANTS
MERRILL LYNCH & CO. INC. and
CITIGROUP GLOBAL MARKETS

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2010, I caused a true and correct copy of the **MERRILL LYNCH & CO., INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO LIFY THE STAY ALL PROCEEDINGS PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RULING ON THE TRANSFER OF THIS CASE TO MDL 2030 AS A TAG-ALONG ACTION**, to be electronically filed with the clerk of the court for the United States District Court for the Middle District of North Carolina and to be served on all of the parties using the CM/ECF System:

/s/ Dana C. Lumsden
Dana C. Lumsden, Esq.