# EXHIBIT 1

Print This Page

# Judicial Panel On Multidistrict Litigation - Civil Action Report

**Civil Action Number: 2030-NCM-1-09-646**
  **Caption:** Howard L. Kastel, et. al. v. Nuveen Investments, Inc., et al.
  **Judge:** UNASSIGNED, .

| Status: | Disposition | Temination |
|---|---|---|
| No Action Taken - 11/13/2009 | No Action Taken 11/13/2009 | Not Related |

## Transferee District Information

**Docket:** 2030 - IN RE: Merrill Lynch & Co., Inc., Auc
**Status:** Transferred On 06/10/2009
**Transferee District:** NYS
**Judge:** Preska, Loretta A.
**Transferee District Master Docket No.:** 1:09-md-2030

| Term Date | Involved Party(s) | Counsel/Law Firm(s |
|---|---|---|
| **Plaintiff** 11/13/2009 | Kastel (Trustee-the Howard L. Kastel Trust Dated November 13, 1985), Howard L. | Kastel, Howard L.<br><br>10393 Holt<br>Chapel Hill NC 27517<br>Fax: (919) 933-4472<br>Email: hkastel@nc.rr.com |
| | Kastel, Joan H. | Kastel, Howard L.<br><br>10393 Holt<br>Chapel Hill NC 27517<br>Fax: (919) 933-4472<br>Email: hkastel@nc.rr.com |
| **Defendant** | Nuveen Investments, Inc. | |
| | Bremner, Robert P. | |
| | Mesirow Finanical, Inc. | |
| | Deutsche Bank AG | Ruley, Daniel Alan M.<br>BELL DAVIS & PITT PA<br>P.O. Box 21029<br>Winston-Salem NC 271201029<br>Fax: (336) 722-8153<br>Email: aruley@belldavispitt.com |

| | |
|---|---|
| **Merrill Lynch & Co., Inc.** | **Lumsden, Dana C.**<br>HUNTON & WILLIAMS LLP<br>101 South Tryon Street Suite 35(<br>Charlotte NC 28280<br>Fax: (704) 331-5152<br>Email: dlumsden@hunton.com |
| **Citigroup Global Markets, Inc.** | **Lumsden, Dana C.**<br>HUNTON & WILLIAMS LLP<br>101 South Tryon Street Suite 35(<br>Charlotte NC 28280<br>Fax: (704) 331-5152<br>Email: dlumsden@hunton.com |