IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:09CV646

| | |
|---|---|
| HOWARD L. KASTEL TRUSTEE ) <br> of the HOWARD L. KASTEL ) <br> TRUST DATED NOVEMBER 13, 1985 ) <br> and JOHN H. KASTEL, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NUVEEN INVESTMENTS, INC., ) <br> ROBERT P. BREMNER, MESIROW ) <br> FINANCIAL INC.,DUETSCHE BANK ) <br> AG, MERRILL LYNCH & CO., INC., ) <br> and CITIGROUP GLOBAL ) <br> MARKETS, ) <br> ) <br> Defendants. ) | ORDER ON MOTION TO LIFT STAY <br> OF PROCEEDINGS PENDING THE <br> THE JUDICIAL PANEL ON <br> MULTIDISTRICT LITIGATION'S <br> RULING ON TRANSFER TO MDL <br> 2030 AS A TAG-ALONG ACTION |

**THIS MATTER** having come before the Court on Defendant Merrill Lynch and Co., Inc.'s motion for an order to lift the stay of all of the proceedings in this case pending the Judicial Panel on Multidistrict Litigation's ruling on the transfer of this matter to MDL 2030 as a tag-along action. Good cause having ben shown, the motion is hereby **GRANTED**, and it is hereby **ORDERED** that the stay of all proceedings in this case pending the Judicial Panel on Multidistrict Litigation's ruling on this transfer of this case to MDL 2030 as a tag-along action is lifted.

This the 23rd day of June, 2010.

_____
United States Magistrate Judge