IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| HOWARD L. KASTEL, Trustee of the Howard L. Kastel Trust Dated November 13, 1985, and JOAN H. KASTEL, <br><br> Plaintiffs, <br><br> - v - <br><br> NUVEEN INVESTMENTS INC., NUVEEN INVESTMENTS LLC, ROBERT BREMNER, MESIROW FINANCIAL INC., LAWRENCE M. COHEN, DEUTSCHE BANK AG, DEUTSCHE BANK TRUST COMPANY AMERICAS, DUETSCHE BANK SECURITIES INC., MERRILL LYNCH & CO. INC., MERRILL LYNCH PIERCE, FENNER & SMITH, and CITIGROUP GLOBAL MARKETS, <br><br> Defendants. | Civil Action No. 1:09cv646 <br><br> **NOTICE OF DISMISSAL** <br><br> Hon. N. Carlton Tilley, Jr., Senior Judge <br><br> Hon. Wallace W. Dixon United States Magistrate Judge |

To: Defendants Deutsche Bank AG,
Deutsche Bank Trust Company
Americas, and
Deutsche Bank Securities Inc.
c/o Alan Ruley (Bar No. 16407)
aruley@belldavispitt.com
BELL, DAVIS & PITT, P.A.
Century Plaza, Suite 600
100 North Cherry Street
Winston Salem, NC 27120-1029
336.722.3700 (telephone)
336.722.8153 (fax)

Defendants Merrill Lynch & Co. Inc.,
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, and Citigroup Global
Markets
c/o Dana C. Lumsden (Bar No. 32497)
dlumsden@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
100 N. Tryon St., Suite 2690
704.338.6034 (telephone)
704.332.8858 (fax)

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this lawsuit is dismissed to the following extent:

1. All complaints, causes of action, claims, counterclaims or cross-claims asserted by Plaintiffs Howard L. Kastel, Trustee of the Howard L. Kastel Trust Dated November 13, 1985, and Joan H. Kastel (collectively, "Kastel") against Defendants Deutsche Bank AG, Deutsche Bank Trust Company Americas, and Deutsche Bank Securities Inc. in this lawsuit are dismissed without prejudice.

2. All complaints, causes of action, claims, counterclaims or cross-claims asserted by Kastel against Defendant Citigroup Global Markets in this lawsuit are dismissed without prejudice.

3. All complaints, causes of action, claims, counterclaims or cross-claims asserted by Kastel against Defendants Merrill Lynch & Co. Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated in this lawsuit are dismissed without prejudice.

Dated: October 15, 2010

_____
Howard L. Kastel (Bar No. 34615)
hkastel@nc.rr.com
10393 Holt
Chapel Hill, NC 27517
919.933.3181 (telephone)
919.933.4472 (fax)

*Counsel for Plaintiffs Howard L. Kastel, Trustee of the Howard L. Kastel Trust Dated November 13, 1985, and Joan H. Kastel*