IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HOWARD L. KASTEL and JOAN H. KASTEL, )
)
Plaintiffs, )
)
v. ) 1:09CV646
)
NUVEEN INVESTMENTS INC., et al., )
)
Defendant. )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 25, 2015, was served on the parties in this action. (ECF Nos. 119, 120.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motions to Dismiss (ECF Nos. 78, 80) be GRANTED. This action is DISMISSED.

This, the 24th day of September, 2015.

    /s/ Loretta C. Biggs
United States District Judge